**JUDGMENT IN A CIVIL CASE**

JAMES W ROBERSON,

    Petitioner

**V.**                                              Case No. 05-0152-CV-W-ODS-P

DAVE DORMIRE,

    Respondent

☐   **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **DECISION OF THE COURT**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**: the petition for writ of habeas corpus is denied; and this case is dismissed with prejudice. (ODS)(dw)

Entered on: 8/8/05

                                                             P.L. BRUNE
                                                             CLERK OF COURT

                                                             D.M. WEINZERL
                                                             (By) Deputy Clerk